FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
Emily Ross

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| BRADLEY JAMES ALBERT, | ) |
| PLAINTIFF, | ) |
| | ) Case No. 1:23-cv-1530-MLB |
| v. | ) |
| DISCOVER BANK | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S NOTICE APPEAL

Notice is hereby given that Bradley James Albert, (plaintiff) in the above-named case,* hereby appeal to the United States Court of Appeals for the 11th Circuit (from the final judgment) (from an order Doc 28th) entered in this action on the 5th day of January, 2024.

1

Submitted, this 16 day of January 2024.

*Bradley J. Albert*

Bradley J. Albert
316 E. Line St.
Calhoun, GA 30701
762-204-8588

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I served copies of "Plaintiff's Notice Appeal" to the counsel of record below, by electronic mail and First-Class U.S. Mail, postage prepaid.

Rachel R. Friedman
Georgia Bar No. 456493
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000

Submitted, this 16 day of January 2024.

*Bradley J Albert*

Bradley J. Albert
316 E Line Street,
Calhoun, GA 30701
7622048410
Albert_0308@yahoo.com